Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Guillermo Alejandro Rodriguez

vs.

Michael Chertoff, Secretary, Emilio Gonzalez, Director, Paul Pierre, District Director, Department of Homeland Security, and Michael Mukasey, Attorney General

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0255 LAB AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101
(619) 235-9177

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK    J. PARIS

DATE    FEB 1 1 2008

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)