KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEJANDRO RODRIGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>   Defendants. | Case No. 08cv0255-LAB (AJB)<br><br>JOINT MOTION TO REMAND TO U.S. CITIZENSHIP & IMMIGRATION SERVICES FOR ADJUDICATION |

   COME NOW THE PARTIES, Plaintiff Guillermo Alejandro Rodriguez, by and through his counsel Robert A. Mautino, and Defendants Michael Chertoff, Secretary of the Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to remand this cause of action to the United States Citizenship and Immigration Service ("USCIS").

   The parties are working toward an extrajudicial resolution of Plaintiff's complaint. The Federal Bureau of Investigation ("FBI") has informed Plaintiff that it has completed its background checks related to Plaintiff's application for naturalization; as such Plaintiff's claims against the FBI are moot. Defendants have represented to Plaintiff that his application should be adjudicated by USCIS within 60 days of the remand order.

//

1     Accordingly, the parties now jointly request that the cause of action be remanded to USCIS in order that the agency may adjudicate Plaintiff's application in the first instance. In the event that Plaintiff's application is not adjudicated by the agency within 60 days of the date of this Court's remand order, Defendants do not object to Plaintiff being granted 60 days leave to amend the complaint.

Dated:     April 8, 2008                         s/ Robert A. Mautino
                                                                         Counsel for Plaintiff
                                                                         E-Mail: bob@mautino.org

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Robert A. Mautino to affix his electronic signature to this document.

Dated:     April 8, 2008                         Respectfully Submitted,

                                                                         KAREN P. HEWITT
                                                                         United States Attorney

                                                                          s/Megan Callan

                                                                          MEGAN CALLAN
                                                                          Assistant U.S. Attorney
                                                                          Counsel for Defendants
                                                                          Email: Megan.Callan@usdoj.gov

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEJANDRO RODRIGUEZ, ) ) Plaintiff, ) ) v. ) ) MICHAEL CHERTOFF, Secretary, ) Department of Homeland Security; et al., ) ) Defendants. ) | Case No. 07cv1710-JM (AJB) CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO REMAND TO USCIS FOR ADJUDICATION on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Robert A. Mautino
    Counsel for Plaintiff
    bob@mautino.org

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 8, 2008.

                                              s/ Megan Callan
                                              Megan Callan