UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEJANDRO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>Defendants. | Case No. 08cv0255-LAB (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND TO U.S. CITIZENSHIP & IMMIGRATION SERVICES FOR ADJUDICATION**<br><br>[Dkt. No. 3] |

Having considered the parties' Joint Motion to Remand to USCIS (Dkt. No. 3) and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that the above-captioned case is **REMANDED** to United States Citizenship & Immigration Services.

In the event that USCIS fails to adjudicate Plaintiff's naturalization application within 60 days of the entry of this Order, the Court grants Plaintiff an additional 60 days' leave to amend his Complaint. In the event that Plaintiff files an amended complaint within such time, the clerk shall reopen the above-captioned matter.

Unless Plaintiff amends his complaint as permitted, this Court does not retain jurisdiction over the matter.

**IT IS SO ORDERED.**

DATED: April 16, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge